E-Filing

MICHAEL A. LADRA, SBN 64307
DAVID H. KRAMER, SBN 168452
MICHAEL B. LEVIN, SBN 172329
CHRISTOPHER R. PARRY, SBN 209858
BART E. VOLKMER, SBN 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
Plumtree Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMTREE SOFTWARE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DATAMIZE, L.L.C., a Wyoming limited liability corporation,<br><br>Defendant. | CASE NO.: C 04-2777 VRW<br><br>**STIPULATED REQUEST FOR AN ORDER AND [~~PROPOSED~~] ORDER ENLARGING THE DEADLINE FOR PLAINTIFF PLUMTREE SOFTWARE'S INC.'S ATTORNEY'S FEES MOTION AND BILL OF COSTS [CIVIL L.R. 6-2]** |

    Pursuant to Local Rules 6-2, 7-12 and 54-6, Plumtree Software, Inc. ("Plumtree") and Datamize, L.L.C. ("Datamize") jointly submit this stipulation to request that the Court enlarge the deadline for the filing of Plaintiff Plumtree Software, Inc.'s ("Plumtree") motion for attorney's fees and bill of costs.

    As shown below, good cause exists for this request:

- On September 13, 2005, the Clerk entered judgment in this action in favor of Plumtree pursuant to an Order of this Court dated September 12, 2005 granting Plumtree's Motion for Summary Judgment.
- Pursuant to Local Rules 54-1 and 54-6 and the Federal Rules of Civil Procedure, Plumtree's deadline for filing a bill of costs is currently scheduled for 14 days after entry of judgment, September 27, 2005.
- Datamize intends to appeal the Court's September 12, 2005 Order to the Court of Appeals for the Federal Circuit.
- Both parties agree that party and judicial resources would best be served by considering any motion for attorney's fees or costs bill, if any, after resolution of Datamize's appeal.

Accordingly, the parties request that the Court enlarge Plumtree's deadline for filing any costs bill or motion for attorney's fees until 30 days after the opinion by the Federal Circuit is issued.

Dated: September 23, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bart E. Volkmer
      Bart E. Volkmer

Attorneys for Plaintiff
PLUMTREE SOFTWARE, INC.

Dated: September 23, 2005

MCKOOL SMITH, P.C.

By: /s/ Garret Chambers
      Garret Chambers

Attorneys for Defendant
DATAMIZE, L.L.C.

## ECF CERTIFICATION

I, Bart E. Volkmer, am the ECF User whose identification and password are being used to file this ADR Certification. In compliance with General Order 45.X.B, I hereby attest that Garret Chambers has concurred in this filing.

Dated: September 23, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bart E. Volkmer
      Bart E. Volkmer

Attorneys for Plaintiff
PLUMTREE SOFTWARE, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plumtree's deadline for filing any costs bill or motion for attorney's fees is extended until 30 days after the opinion by the Federal Circuit is issued.

Dated: _____

The Honorable Vaughn R. Walker
CHIEF UNITED STATES DISTRICT JUDGE