```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA


PLUMTREE SOFTWARE, INC                    No   C-04-2777 VRW

             Plaintiff                         NOTICE


             v


DATAMIZE, LLC,

             Defendant.
_____/
```

　　　　The court hereby discloses that the undersigned serves as chair of the Saint Francis Foundation, a charitable foundation affiliated with Saint Francis Memorial Hospital in San Francisco. Howard Rice Nemerovski Canady Falk & Rabin, counsel of record in this action, regularly advises the Foundation on legal matters. This does not appear to disqualify the undersigned, see 28 USC § 455(b), nor reasonably raise a question about the undersigned's

1  impartiality in this matter.  See 28 USC § 455(a).  Nonetheless,
2  the undersigned provides this notice for the parties'
3  consideration.

```
                                   _____
                                   VAUGHN R WALKER
                                   United States District Chief Judge
```