1  TERRY KEARNEY, SBN 160054
   MICHAEL B. LEVIN, SBN 172329
2  CHRISTOPHER R. PARRY, SBN 209858
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: cparry@wsgr.com
6
   Attorneys for Plaintiff
7  PLUMTREE SOFTWARE, INC.

8

   KENNETH G. HAUSMAN, SBN 57252              DOUGLAS A. CAWLEY (*Pro Hac Vice*)
9  JEFFREY E. FAUCETTE, SBN 193066            THEODORE STEVENSON, III (*Pro Hac Vice*)
   HOWARD, RICE, NEMEROVSKI,                  GARRET W. CHAMBERS (*Pro Hac Vice*)
10 CANADY, FALK & RABKIN                      McKOOL SMITH, P.C.
   Professional Corporation                   300 Crescent Court, Suite 1500
11 Three Embarcadero Center, 7th Floor        Dallas, Texas 75201
   San Francisco, CA 94111-4024               Telephone: (214) 978-4000
12 Telephone: (415) 434-1600                  Facsimile: (214) 978-4044
   Facsimile: (415) 217-5910
13
   Attorneys for Defendant
14 DATAMIZE, L.L.C.

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMTREE SOFTWARE, INC., a Delaware corporation; | ) ) ) |
| Plaintiff, | ) CASE NO.: C 04 2777 VRW ) |
| v. | ) **JOINT STIPULATION AND** ) **[PROPOSED] ORDER RE: EXTENDING** |
| DATAMIZE, L.L.C., a Wyoming limited liability corporation; | ) **DUE DATE FOR PLUMTREE'S CLAIM** ) **CONSTRUCTION BRIEF AND** ) **DATAMIZE'S REPLY BRIEF** |
| Defendant. | ) ) |
| AND RELATED COUNTERCLAIM | ) ) |

JOINT STIPULATION AND [PROPOSED] ORDER RE:     -1-
EXTENDING DUE DATES OF CLAIM
CONSTRUCTION BRIEFS
CASE NO. C 04 2777 VRW

WHEREAS, under the present briefing schedule, Plumtree Software, Inc.'s ("Plumtree's") Claim Construction Brief is due on Thursday, June 21, 2007, and Datamize, LLC ("Datamize's") Reply Claim Construction Brief is due on Thursday, July 5, 2007;

WHEREAS, Plumtree requests, and Datamize agrees to, a short extension of deadlines for the parties' remaining claim construction briefs.

ACCORDINGLY, the parties hereby stipulate to a three-day extension of the deadline for Plumtree's Claim Construction Brief to Tuesday, June 26, 2007, and a four-day extension of the deadline for Datamize's Reply Claim Construction Brief to Wednesday, July 11, 2007. The current claim construction hearing date of August 3, 2007 shall remain unchanged.

**SO STIPULATED**

Dated: June 20, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael B. Levin
    Michael B. Levin

Attorneys for Plaintiff
PLUMTREE SOFTWARE, INC.

Dated: June 20, 2007

McCOOL SMITH, P.C.

By: /s/ Garret W. Chambers
    Garret W. Chambers

Attorneys for Defendant
DATAMIZE, L.L.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 6/21/2007

_____
Honorable Judge Vaughn R Walker
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER RE:
EXTENDING DUE DATES OF CLAIM
CONSTRUCTION BRIEFS
CASE NO. C 04 2777 VRW

-2-

## **ATTESTATION**

I, Michael B. Levin, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Re: Extending Due Date for Plumtree's Claim Construction Brief and Datamize's Reply Brief. In compliance with General Order 45.X.B, I hereby attest that Garret W. Chambers has concurred in this filing.

Dated: June 20, 2007　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　Professional Corporation


By: /s/ Michael B. Levin_____
　　　Michael B. Levin

Attorney for Plaintiff
Plumtree Software, Inc.