```
1  TERRY KEARNEY, State Bar No. 160054
   MICHAEL B. LEVIN, State Bar No. 172329
2  CHRISTOPHER R. PARRY, State Bar No. 209858
   MATTHEW A. ARGENTI, State Bar No. 240954
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6  Email: cparry@wsgr.com

7  Attorneys for Defendant
   PLUMTREE SOFTWARE, INC.
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAMIZE, L.L.C., a Wyoming limited liability corporation; <br><br> Plaintiff, <br><br> v. <br><br> PLUMTREE SOFTWARE, INC., a Delaware corporation; <br><br> Defendant. | CASE NO.: C 04 2777 VRW <br><br> [~~PROPOSED~~] ORDER GRANTING PLUMTREE'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURT FOR CLAIM CONSTRUCTION HEARING |

Having considered Plumtree, Inc.'s ("Plumtree") request to bring electronic equipment into the Court for the claim construction hearing currently scheduled for August 3, 2007, it is hereby ordered that Plumtree may bring the following electronic equipment into the Court for said hearing:

   1. Projector

   2. 8' x 6' Projection Screen

   3. Elmo Document Presenter

   4.   Four 17" LCD Monitors

   5.   Two 15" LCD Monitors

   6.   Miscellaneous Stands, Carts, Cables, Switches, Power Strips, etc.

   7.   Laptop Computers

Plumtree shall also be permitted to enter the courtroom on Thursday, August 2, 2007, at 3:30 pm to assemble the aforementioned equipment.

IT IS SO ORDERED

Dated:  7/30/2007



HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLUMTREE'S            -2-
MISC. ADMIN. REQUEST TO BRING EQUIPMENT
INTO COURTROOM
CASE NO.: C 04 2777 VRW