1  KENNETH G. HAUSMAN (No. 57252)
   Email: khausman@howardrice.com
2  JEFFREY E. FAUCETTE (No. 193066)
   HOWARD RICE NEMEROVSKI CANADY
3        FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  Telephone: 415/434-1600
   Facsimile: 415/217-5910
6
   DOUGLAS A. CAWLEY (*Pro Hac Vice*)
7  THEODORE STEVENSON, III (*Pro Hac Vice*)
   GARRET W. CHAMBERS (*Pro Hac Vice*)
8  McKOOL SMITH, P.C.
9  300 Crescent Court, Suite 1500
   Dallas, Texas 75201-7856
10 Telephone: 214/978-4000
   Facsimile: 214/978-4044
11
   Attorneys for DATAMIZE, L.L.C.
12

   TERRY KEARNEY (No. 160054)
   MICHAEL B. LEVIN (No. 172329)
   E-mail: mlevin@wsgr.com
   CHRISTOPHER R. PARRY (No. 209858)
   WILSON SONSINI GOODRICH &
        ROSATI
   Professional Corporation
   650 Page Mill Road
   Palo Alto, California 94304-1050
   Telephone: 650/493-9300
   Facsimile: 650/565-5100

   Attorneys for PLUMTREE SOFTWARE,
   INC. AND BEA SYSTEMS, INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | DATAMIZE, L.L.C., a Wyoming limited liability corporation, | No. 04 2777 VRW

18 | Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME FOR HEARING ON PLUMTREE SOFTWARE, INC.'S MOTION TO DISQUALIFY ROBERT A. COTE AND McKOOL SMITH

19 | v.

20 | PLUMTREE SOFTWARE, INC., a Delaware corporation and BEA SYSTEMS, INC, a Delaware corporation,

22 | Defendants.

1   Plaintiff and Counter-Defendant Datamize, LLC. ("Datamize") and Defendants and Counter-Claimants Plumtree Software, Inc. ("Plumtree") and BEA Systems, Inc. ("BEA") jointly submit this stipulation to change the time for the hearing on Plumtree's motion to disqualify Robert A. Cote and McKool Smith.  Datamize's counsel at Howard Rice is unavailable for the currently set hearing date of January 10 due to a mandatory appearance in a previously scheduled hearing in another matter pending in the United States District Court for the District of Puerto Rico.

THEREFORE, the Parties jointly request that the Court change the time for the hearing on Plumtree's motion to disqualify Robert A. Cote and McKool Smith from January 10 to January 17, 2008 at 2:30 p.m.

**SO STIPULATED**

DATED:  December 17, 2007.       HOWARD RICE NEMEROVSKI CANADY
                                 FALK & RABKIN, A Professional Corporation


                                 By: /s/ Jeffrey E. Faucette
                                         JEFFREY E. FAUCETTE

                                 Attorneys for Plaintiff and Counter-Defendant
                                 DATAMIZE, L.L.C.

                                 WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By: /s/ Michael B. Levin
                                         MICHAEL B. LEVIN

                                 Attorneys for Defendants and Counterclaimants
                                 PLUMTREE SOFTWARE, INC. and BEA
                                 SYSTEMS, INC.

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to change the time for the hearing on Plumtree's motion to disqualify Robert A. Cote and McKool Smith.  In compliance with General Order 45.X.B, I hereby attest that Michael B. Levin has concurred in this filing.

DATED: December 17, 2007.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Jeffrey E. Faucette
        JEFFREY E. FAUCETTE

Attorneys for Defendant and Counterclaimant
DATAMIZE, L.L.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/20/2007

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker