IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DATAMIZE, LLC,                                  No    C- 04-2777 VRW

    Plaintiff,                               ORDER

    v

PLUMTREE SOFTWARE, INC and BEA SYSTEMS, INC,

    Defendants.

_____/

It appears that Plumtree's motion for disqualification turns on Robert A Cote's ("Cote") duty of confidentiality to Plumtree regarding information shared by Plumtree during a joint defense effort in earlier litigation. Michael B Levin, Plumtree's counsel during the earlier litigation, attests that Plumtree shared material, confidential information with Cote and others during the joint defense effort. Levin Decl, Doc #108 at ¶¶15-17. Cote does not deny receiving confidential information, but Cote also states that he does not recall receiving any confidential information from Plumtree. Cote Decl, Doc #110 at ¶6. While Mr Cote's recollection of any confidential information received is not material to

deciding this motion, the record does not establish to the court's satisfaction that the information Plumtree shared with Cote is material to the issues in this litigation.  To establish that such information was shared, Plumtree has offered to submit evidence of its communications with Cote to the court for in camera review. Doc #107 at 4.  Plumtree is ORDERED to submit evidence of material, confidential information shared with Cote by January 31, 2008.

Plumtree's submission shall be filed under seal and ex parte.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge