KENNETH G. HAUSMAN (No. 57252)
Email: khausman@howardrice.com
PAMELA PHILLIPS (No. 87581)
Email: pphillips@howardrice.com
SEAN M. SELEGUE (No. 155249)
Email: sselegue@howardrice.com
JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for DATAMIZE, L.L.C.

TERRY KEARNEY (No. 160054)
MICHAEL B. LEVIN (No. 172329)
MATTHEW A. ARGENTI (No. 240954)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:   650/493-9300
Facsimile:   650/565-5100

Attorneys for PLUMTREE SOFTWARE, INC.
AND BEA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAMIZE, L.L.C., a Wyoming limited liability corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PLUMTREE SOFTWARE, INC., a Delaware corporation and BEA SYSTEMS, INC, a Delaware corporation,<br><br>    Defendants. | No. 04 2777 VRW<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS |

1    Plaintiff Datamize, L.L.C. ("Datamize") and Defendants Plumtree Software, Inc. ("Plumtree")
2    and BEA Systems, Inc. ("BEA") jointly submit this stipulation to stay proceedings in this matter.
3    WHEREAS, On December 13, 2007, Plumtree and BEA filed a motion to disqualify
4    Datamize's counsel at McKool Smith, and on February 6, 2008, this Court disqualified McKool
5    Smith from further representing Datamize in this patent infringement suit;
6    WHEREAS, The existing fact discovery cut-off date in this case is April 7, 2008;
7    WHEREAS, Datamize intends to seek appellate review and anticipates filing a Petition for
8    Writ of Mandamus with the Court of Appeals for the Federal Circuit (Datamize's "Petition") no
9    later than March 6, 2008, which the parties believe will not delay this case more than two or three
10   months;
11   WHEREAS, Datamize represents that it has already begun the process of securing successor
12   counsel in the event the disqualification order remains in place but that it is currently without
13   counsel able to take the case forward on the current schedule; and
14   WHEREAS, assuming the petition for the writ is resolved prior to May 2008, Datamize
15   anticipates that it will be prepared to take the case forward on a revised schedule with McKool
16   Smith or with successor counsel by no later than May 2008.
17   IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through
18   their respective attorneys of record, that:
19   1.   This matter is stayed until further order of the Court.
20   2.   The pending deadlines and the trial date are hereby taken off calendar.
21   3.   Datamize shall notify this Court promptly when the Federal Circuit issues a final ruling
22   on the Petition for Writ of Mandamus Datamize intends to file with the Court of Appeals for the
23   Federal Circuit.
24   4.   No later than 14 days following the Federal Circuit's final ruling on the Petition for Writ
25   of Mandamus, the parties shall file a joint case management statement with the Court containing
26   their proposal for a revised case calendar and trial date.
27   5.   A further case management conference shall be set in this matter on May 22, 2008 at
28   3:30 p.m.  If, however, the Federal Circuit has not issued its ruling on the Petition for Writ of

Mandamus by May 5, 2008, then Datamize shall file a report with the Court no later than May 8, 2008 informing the Court as to the status of the Petition and suggesting a date for a further case management conference.

DATED: March 4, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Jeffrey E. Faucette
JEFFREY E. FAUCETTE

Attorneys for Plaintiff and Counter-Defendant
DATAMIZE, L.L.C.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael B. Levin
MICHAEL B. LEVIN

Attorneys for Defendants and Counterclaimants
PLUMTREE SOFTWARE, INC. and BEA SYSTEMS, INC.

## **ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Stay Proceedings. In compliance with General Order 45.X.B, I hereby attest that Michael B. Levin has concurred in this filing.

DATED: February 29, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Jeffrey E. Faucette
JEFFREY E. FAUCETTE

Attorneys for Defendant and Counterclaimant
DATAMIZE, L.L.C.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  DATED:  March 10, 2008

_____
HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Vaughn R Walker]*