| | |
|---|---|
| KENNETH G. HAUSMAN (No. 57252) | TERRY KEARNEY (No. 160054) |
| Email: khausman@howardrice.com | MICHAEL B. LEVIN (No. 172329) |
| PAMELA PHILLIPS (No. 87581) | MATTHEW A. ARGENTI (No. 240954) |
| Email: pphillips@howardrice.com | WILSON SONSINI GOODRICH & ROSATI |
| SEAN M. SELEGUE (No. 155249) | Professional Corporation |
| Email: sselegue@howardrice.com | 650 Page Mill Road |
| JEFFREY E. FAUCETTE (No. 193066) | Palo Alto, California 94304-1050 |
| Email: jfaucette@howardrice.com | Telephone: 650/493-9300 |
| HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN | Facsimile: 650/565-5100 |
| A Professional Corporation | Attorneys for PLUMTREE SOFTWARE, INC. AND BEA SYSTEMS, INC. |
| Three Embarcadero Center, 7th Floor | |
| San Francisco, California 94111-4024 | |
| Telephone: 415/434-1600 | |
| Facsimile: 415/217-5910 | |

Attorneys for DATAMIZE, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAMIZE, L.L.C., a Wyoming limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLUMTREE SOFTWARE, INC., a Delaware corporation and BEA SYSTEMS, INC, a Delaware corporation,<br><br>Defendants. | No. 04 2777 VRW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE FURTHER CMC<br><br>**FURTHER CASE MANAGEMENT CONFERENCE CONTINUED FROM 5/22/08 TO 7/3/08 at 3:30 P.M.** |

1   Plaintiff Datamize, L.L.C. ("Datamize") and Defendants Plumtree Software, Inc. ("Plumtree")

2   and BEA Systems, Inc. ("BEA") jointly submit this update to the Court regarding the status of

3   Datamize's Petition for Writ of Mandamus and this matter. To date, the Federal Circuit has not

4   issued a ruling on Datamize's petition. The parties have been engaged in settlement discussions,

5   and a settlement may be reached in the next 30 days.

6   IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through

7   their respective attorneys of record, that:

8   The further case management conference set in this matter on May 22, 2008 at 3:30 p.m. shall

9   be reset for ~~June 26, 2008~~ **JULY 3, 2008** at 3:30 p.m. If, however, the Federal Circuit has not issued its ruling on

10  the Petition for Writ of Mandamus or a settlement has not been reached by June 9, 2008, then

11  Datamize shall file a report with the Court informing the Court as to the status of the Petition and

12  suggesting a date for a further case management conference.

13

14  DATED: May 13, 2008.          HOWARD RICE NEMEROVSKI CANADY
                                  FALK & RABKIN, A Professional Corporation

15

16                                By: /s/ Jeffrey E. Faucette
                                          JEFFREY E. FAUCETTE

17                                Attorneys for Plaintiff and Counter-Defendant
                                  DATAMIZE, L.L.C.
18
                                  WILSON SONSINI GOODRICH & ROSATI
19                                Professional Corporation

20

21                                By: /s/ Michael B. Levin
                                          MICHAEL B. LEVIN

22                                Attorneys for Defendants and Counterclaimants
                                  PLUMTREE SOFTWARE, INC. and BEA SYSTEMS,
23                                INC.

24

25

26

27

28

**ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Stay Proceedings. In compliance with General Order 45.X.B, I hereby attest that Michael B. Levin has concurred in this filing.

DATED: May 13, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Jeffrey E. Faucette
    JEFFREY E. FAUCETTE

Attorneys for Defendant and Counterclaimant
DATAMIZE, L.L.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/19/08

_____
HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Vaughn R Walker]