KENNETH G. HAUSMAN (No. 57252)
Email: khausman@howardrice.com
JEFFREY E. FAUCETTE (No. 193066)
Email: jfaucette@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for DATAMIZE, L.L.C.

TERRY KEARNEY (No. 160054)
MICHAEL B. LEVIN (No. 172329)
MATTHEW A. ARGENTI (No. 240954)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650/493-9300
Facsimile: 650/565-5100

Attorneys for PLUMTREE SOFTWARE, INC. AND BEA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAMIZE, L.L.C., a Wyoming limited liability corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PLUMTREE SOFTWARE, INC., a Delaware corporation and BEA SYSTEMS, INC, a Delaware corporation,<br><br>    Defendants. | No. 04 2777 VRW<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE    04 2777 VRW

Plaintiff Datamize, L.L.C. ("Datamize") and Defendants Plumtree Software, Inc. ("Plumtree") and BEA Systems, Inc. ("BEA"), by and through their respective counsel, hereby stipulate that the above-captioned action is hereby dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1). It is further stipulated by Datamize, Plumtree and BEA that each of them shall bear their own costs and attorneys' fees in connection with the above-captioned action.

DATED: May 30, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Jeffrey E. Faucette
JEFFREY E. FAUCETTE

Attorneys for Plaintiff DATAMIZE, L.L.C.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael B. Levin
MICHAEL B. LEVIN

Attorneys for Defendants PLUMTREE SOFTWARE, INC. and BEA SYSTEMS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 10, 2008

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

# **ATTESTATION**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Stay Proceedings. In compliance with General Order 45.X.B, I hereby attest that Michael B. Levin has concurred in this filing.

DATED: May 30, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Jeffrey E. Faucette
      JEFFREY E. FAUCETTE

Attorneys for Plaintiff DATAMIZE, L.L.C.